===============================================================================

# \* \* \* \* \*UNITED STATES DISTRICT COURT \* \* \* \* \*

| NORTHERN | **DISTRICT OF** | NEW YORK |

**JUDGMENT  IN A CIVIL CASE**

**DOCKET NO.  8:06-cv-820   (GLS/DRH)**

**ANGELA T. HEROUX**

    v.

**ERNEST H. STRETTON and the
BOARD OF EDUCATION OF THE LAKE
PLACID CENTRAL SCHOOL DISTRICT**

    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been  rendered.

**IT IS ORDERED, that judgment is entered in favor of the plaintiff against the defendants in the amount of sixty-nine thousand dollars ($69,000.00) as to all claims asserted by the plaintiff and the judgment is inclusive of costs and attorney's fees accrued, in accordance with the Offer of Judgment and Notice of Acceptance filed on May 11, 2007 (See Dkt. No. 13).**

    **May 22, 2007**                     **LAWRENCE K. BAERMAN**
                                                             CLERK OF THE COURT

                                                             BY:     S/
                                                                  DEPUTY CLERK
                                                                   John Law